UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY RICHARD MARTIN, | Case No. C06-0891-RSL-JPD |
| Petitioner, | |
| v. | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court upon respondent's motion for extension of time to file an answer to petitioner's 28 U.S.C. § 2255 motion. Dkt. No. 7. Respondent argues that a thirty-day extension of time is necessary in order to procure the full record and prepare a proper response. Petitioner does not oppose the motion. Having carefully considered respondent's motion and the balance of the record, the Court orders as follows:

(1) Respondent's motion for extension of time to file an answer (Dkt. No. 7) is GRANTED. Respondent has shown that additional time is necessary to obtain the sentencing transcript. Respondent has also indicated that, because petitioner's claim is highly fact-intensive, additional time is necessary to review the relevant record and prepare a proper response. A thirty-day extension of time is reasonable. Respondent shall have until September 7, 2006, to file its answer.

(2) The Clerk is directed to send a copy of this order to the parties and to the Honorable Robert S. Lasnik, Chief Judge.

ORDER
PAGE -1

01       DATED this 21st day of July, 2006.

                                          *James P. Donohue*
                                          _____
                                          JAMES P. DONOHUE
                                          United States Magistrate Judge

ORDER
PAGE -2