UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY RICHARD MARTIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. C06-891-RSL-JPD<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |

This matter comes before the Court on petitioner's motion for extension of time to file a response to respondent's answer to petitioner's 28 U.S.C. § 2255 petition. Dkt. No. 12. Petitioner argues that a ninety-day extension of time is necessary "in order to procure the balance of record including but not limited to the sentencing transcripts and co-defendant's David Jonas Smith['s] 28 U.S.C. § 2255 motion," and to prepare a proper response to respondent's answer. *Id.* Petitioner further notes that this request stems from his current recovery from cancer radiation treatment. *Id.* Respondent does not oppose petitioner's motion. After careful consideration of the motion, supporting materials, governing law and the balance of the record, the Court orders as follows:

(1) Petitioner's motion for extension of time to file a response (Dkt. No. 12) is GRANTED. Petitioner has shown that additional time is necessary under the circumstances. Furthermore, while the government has not asserted prejudice stemming from the lack of

ORDER
PAGE - 1

01 notice of petitioner's motion, and the Court finds no such prejudice, the Court does remind

02 petitioner that copies of such motions must be sent to the opposing party under the Local

03 Rules of this district.   That said, the Court finds that a ninety-day extension of time is

04 reasonable.  Accordingly, petitioner shall have until **January 2, 2007** to file his response.

05 The respondent shall have until **January 8, 2007** to file an optional reply thereto.  As a result,

06 petitioner's 28 U.S.C. § 2255 motion is re-noted for **January 9, 2007**.

07        (2)    The Clerk is directed to send a copy of this order to the parties and to the

08 Honorable Robert S. Lasnik, Chief Judge.

10        DATED this 27th day of September, 2006.

                                              */s/ James P. Donohue*
                                              _____
                                              JAMES P. DONOHUE
                                              United States Magistrate Judge