UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY RICHARD MARTIN, ) | Case No. C06-891-RSL-JPD |
| ) | CR03-370-RSL |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER REGARDING MENTAL |
| UNITED STATES OF AMERICA, ) | COMPETENCY EXAMINATION |
| ) | |
| Respondent. ) | |
| ) | |

On June 23, 2006, petitioner filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Dkt. No. 1. On November 7, 2007, the Court directed a competency evaluation of the petitioner and stayed the proceedings in this case until such evaluation was complete. Dkt. Nos. 30, 31. Pursuant to 18 U.S.C. §§ 4241(b), 4245(a)-(b), and 4247(b), the Court ordered that the petitioner remain in the custody of the Attorney General and within a period not to exceed thirty days, be examined by a psychiatrist and/or psychologist. *See* Dkt. No. 30.

The Court initially held that, pursuant to 18 U.S.C. § 4241(b), the examination shall be completed within thirty days, with allowance for an additional fifteen days upon a showing of good cause by the director of the examining facility that the additional time is necessary to observe and evaluate the petitioner. The Court hereby AMENDS that time period as follows:

ORDER REGARDING MENTAL
COMPETENCY EXAMINATION
PAGE – 1

(1)     In order to throughly evaluate the petitioner, the Court ORDERS that the above-outlined thirty-day period commence with the designation of his case to Federal Detention Center in SeaTac, Washington, on **November 15, 2007**, with the evaluation period to end on or before **December 14, 2007**, with final report being submitted no later than **December 27, 2007**.

(2)     These deadlines may be extended upon a showing of good cause.

(3)     The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, to Warden Robert J. Palmquist of the Federal Detention Center, and to the Honorable Robert S. Lasnik.

DATED this 19th day of November, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER REGARDING MENTAL
COMPETENCY EXAMINATION
PAGE – 2