UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY RICHARD MARTIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. C06-891-RSL-JPD<br>CR03-370-RSL<br><br>ORDER DECLINING TO RULE<br>ON PETITIONER'S EX PARTE<br>MOTION TO DISMISS COURT-<br>APPOINTED ATTORNEY |

The present matter comes before the Court on petitioner's "Ex Parte Motion to Dismiss Court Appointed Attorney," filed November 16, 2007. Dkt. No. 34. The Court declines to rule on this motion at this time, and notifies petitioner that this issue may be considered only after the competency evaluation in this case has been completed.

The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 20th day of November, 2007.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DECLINING TO RULE ON PETITIONER'S EX PARTE
MOTION TO DISMISS COURT-APPOINTED ATTORNEY
PAGE – 1